# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HINES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VA MATHER MEDICAL CENTER,<br><br>　　　　Defendant. | No. 2:17-CV-1634-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Defendant has filed a motion to dismiss, noticed for hearing on December 5, 2018. On the court's own motion, the hearing is rescheduled to January 9, 2019, before the undersigned in Redding, California. The parties may appear telephonically through CourtCall. The initial scheduling conference set for November 28, 2018, is vacated pending resolution of defendants' motion to dismiss.

　　　　IT IS SO ORDERED.

Dated: November 1, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE